MATHIAS LAST, appellant,

*v.*

JOHN WINKEL et al., respondents.

[Submitted July 10th, 1916.   Decided November 20th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin and reported *ante p. 356.*

*Messrs. Gross & Gross,* for the appellant.

*Mr. Peter Stillwell* and *Messrs. Herrmann & Steelman,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.